UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Criminal No. 12-311 (CCC) |
| YASH KHANNA | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride and Joseph G. Mack, Assistant U.S. Attorneys, appearing), and defendant Yash Khanna (by Christopher L. Patella, Esq.); and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having consented to such a continuance; and it appearing that the defendant waives such right; and for good and sufficient cause shown, the Court makes the following findings:

1. The charges in this case are the result of a lengthy investigation, and the discovery involves audio and video recordings, as well as large spreadsheets and similar materials, that defense counsel requires adequate time to review;

2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective

preparation in this matter;

3. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

4. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 12th day of June, 2012,

ORDERED that motions shall be filed by 9/10/12, opposition briefs shall be filed by 9/24/12,

the argument of the motions is scheduled for to be set, and the trial is scheduled for 10/9/12; and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until the date of trial, Oct. 9, 2012, and the period between and including today's date through the date of trial, Oct. 9, 2012, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

_____
Hon. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Scott B. McBride
Joseph G. Mack
Assistant U.S. Attorneys

_____
Christopher L. Patella, Esq.
Counsel for defendant Yash Khanna